## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| INNOVATION SCIENCES, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>COVE SMART, LLC,<br><br>　　　　　　　　Defendant. | Case No.<br><br>**Jury Trial Demanded** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Innovations Sciences, LLC (hereinafter "Innovation Sciences" or "Plaintiff") files this Complaint against Defendant Cove Smart, LLC (hereinafter "Cove" or "Defendant") for infringement of United States Patent Nos. 10,136,179; 10,469,898; and 11,109,094 (the "Patents-in-Suit"), and alleges as follows:

## NATURE OF THE ACTION

1.　　　This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*

## THE PARTIES

2.　　　Plaintiff Innovation Sciences is a limited liability company organized under the laws of Texas and has a principal of business at 5800 Legacy Circle, Suite 311, Plano, Texas 75024.

3.　　　On information and belief, Defendant Cove is a corporation organized and existing under the laws of Delaware with a place of business at14015 Minuteman Drive, Draper, UT 84020.

4.　　　On information and belief, Defendant Cove has a Delaware corporate filing number of 6789012 and is domiciled in Delaware.

1

5.      On information and belief, Defendant Cove may be served with process by serving its registered agent, The Corporation Trust Company, Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801.

6.      On information and belief, Cove is a leading manufacturer and seller of home security products and services, including smart home panels, cameras, sensors, and other components in the United States, including doing business in the District of Delaware.

7.      On information and belief, Cove sells and offers to sell products and services throughout the State of Delaware, including in this judicial district, as well as throughout the United States, and introduces products and services that perform infringing processes into the stream of commerce knowing that they would be used, offered for sale, or sold in this judicial district and elsewhere in the United States.

8.      On information and belief, Cove has made, used, offered to sell, offered to sell access to, sold, and/or sold access to products and services, or makes, uses, offers to sell, offers to sell access to, and/or sells access to products and services, including, but not limited to, the following specifically accused products and services: (1) Cove Home Security Systems; (2) Cove Home Security System Products (*e.g.*, Indoor/Outdoor Cameras, Doorbell Cameras, HD Cameras, Smoke Detectors, Motion Sensors, Door Sensors, Carbon Monoxide Detectors; Water Leak Detectors, Glass Break Detectors; Alarm Panels, Hubs; Alarm Panel and Hub; , Servers, Call Centers, and/or Clouds, etc.); (3) Cove Smart Home or IOT systems (*e.g.*, Cove servers, call centers, or clouds)); (4) Cove Applications and/or modules (*e.g.*, Cove App) (5) Cove Smart Home Devices (*e.g.*, sensors, lights); (6) current or legacy products or services, which use, or have used one or more of the foregoing products and services as a component product or component service; (7) combinations of products and/or services comprising, in whole or in part, two or more of the foregoing products and services; and, (8) all other current or legacy products and services imported, made, used, sold, or offered for sale by Cove that operate, or

2

have operated in a substantially similar manner as the above-listed products and services (one or more of the foregoing products and services are individually and collectively referred to as the accused "Cove Products and Services"). On information and belief, the Cove Products and Services infringe at least one claim of each of the Patents-in-Suit.

## JURISDICTION AND VENUE

9. This civil action arises under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq*. Accordingly, this Court has subject matter jurisdiction under at least 28 U.S.C. §§ 1331 and 1338(a).

10. This Court has general and specific personal jurisdiction over Defendant because Cove regularly conducts and solicits business, or otherwise engages in other persistent courses of conduct in this judicial district, and/or derives substantial revenue from the use, sale, and distribution of goods and services, including but not limited to the accused Cove Products and Services provided to individuals and businesses in this district.

11. Cove has committed and continues to commit acts of infringement within this district and, thereby, giving rise to this action and establishing minimum contacts with this forum such that the exercise of jurisdiction over Cove would not offend traditional notion of fair play and substantial justice. In addition, this Court has personal jurisdiction over Cove at least for the following reasons: (1) Cove has purposefully availed itself of the privileges of conducting business in the State of Delaware; (2) Cove has sought privileges, protections and benefit from the laws of the State of Delaware; (3) Cove regularly conducts business within the State of Delaware and within this district, and Plaintiff's cause of action arises directly from Defendant' business contacts and other activities in the State of Delaware and in this district, including deriving substantial revenue from the infringing Cove Products and Services in the State of Delaware and this district.

12. On information and belief, Cove, on its own and/or via its subsidiaries, divisions, partners, affiliates, and parent maintain a commercial presence in the United States, including in the

State of Delaware and in this judicial district, via at least (1) consumers residing in the District of Delaware who purchase or utilize the Cove accused Products and Services. Cove actively opens, solicits, invites, advertises, and/or promotes the accused Cove Products and Services to residents, citizens, and customers of the United States and this judicial district; or (2) has opened, solicited, invited, advertised, and/or promoted the accused Cove Products and Services and to residents, citizens, and customers of the United States and this judicial district.

13.     This Court has personal jurisdiction over Cove, at least, because it committed acts of infringement in this judicial district in violation of 35 U.S.C. § 271(a). Specifically, on information and belief, Cove has made, used, offered to sell access to, and/or sold access to the accused Cove Products and Services in this judicial district.

14.     On information and belief, Cove has supported, marketed, made, distributed, offered to sell, and/or sold; or supports, markets, makes, distributes, offers to sell, and/or sells, the accused Cove Products and Services to consumers throughout the United States, the State of Delaware, and residents of the District of Delaware through various means.

15.     On information and belief, Cove derives substantial revenue within the State of Delaware from the offer of infringing products and services.

16.     On information and belief, Cove, on its own and/or via its subsidiaries, divisions, partners, affiliates, and parent, infringe (either directly and/or indirectly) one or more of the claims of the Patents-in-Suit in this District.

17.     Venue is proper pursuant to 28 U.S.C. §§ 1391 and/or 1400(b). Venue is proper at least because Cove has chosen to incorporate in the State of Delaware, thereby receiving the benefits offered to Delaware companies. Cove must accordingly assume responsibilities to Delaware and its citizens.

## THE ASSERTED PATENTS

## United States Patent No. 10,136,179

18.     On November 20, 2018, the United States Patent and Trademark Office ("USPTO") duly and legally issued United States Patent No. 10,136,179 ("the '179 patent") entitled "Method and System for Efficient Communication" to inventors Tiejun Wang and Tiehong Wang.

19.     The '179 patent is presumed valid under 35 U.S.C. § 282. A true and correct copy of the '179 patent is attached hereto as Exhibit 1.

20.     Innovation Sciences owns all rights, title, and interest in the '179 patent.

21.     Innovation Sciences has not granted Defendant an approval, an authorization, or a license to rights under the '179 patent.

22.     The '179 patent relates to, among other things, systems and corresponding devices that, *inter alia,* allow multimedia communications with different user terminals, and deliver multimedia information to multiple user terminals concurrently, dynamically, and efficiently.

23.     The claimed invention(s) of the '179 patent sought to solve technical problems in multimedia communications with different user terminals by delivering multimedia information to multiple user terminals concurrently, dynamically, and efficiently.

24.     The claimed invention(s) of the '179 patent have numerous applications including but not limited to: efficiently directing communications on a network; directing a television display from a mobile terminal; conversion and routing of content to devices that employ differing communication protocols is provided; bidirectional conversion and routing of content to differing devices; remotely receiving and accommodating completion of multimedia content requests from a plurality of content sources; and methods for optimizing the delivery of content that is commonly requested by a plurality of users in a particular location is provided.

25.    The inventions of the '179 patent can be implemented in various forms including, but not limited to business processes, computer implemented methods, computer program products, computer systems and networks, user interfaces, application programming interfaces as well as other similar areas.

### United States Patent No. 10,469,898

26.    On November 5, 2019, the United States Patent and Trademark Office ("USPTO") duly and legally issued United States Patent No. 10,469,898 ("the '898 patent") entitled "Method and System for Efficient Communication" to inventors Tiejun Wang and Tiehong Wang.

27.    The '898 patent is presumed valid under 35 U.S.C. § 282. A true and correct copy of the '898 patent is attached hereto as Exhibit 2.

28.    Innovation Sciences owns all rights, title, and interest in the '898 patent.

29.    Innovation Sciences has not granted Defendant an approval, an authorization, or a license to rights under the '898 patent.

30.    The '898 patent contains related application data to the '179 patent. The '898 patent specification is nearly identical to the specification of the '179 patent and solves the problems described in the '179 patent.

### United States Patent No. 11,109,094

31.    On July 30, 2019, the USPTO duly and legally issued United States Patent No. 11,109,094 ("the '094 patent") entitled "Method and System for Efficient Communication" to inventors Tiejun Wang and Tiehong Wang.

32.    The '094 patent is presumed valid under 35 U.S.C. § 282. A true and correct copy of the '094 patent is attached hereto as Exhibit 3.

33.    Innovation Sciences owns all rights, title, and interest in the '094 patent.

34.    Innovation Sciences has not granted Defendant an approval, an authorization, or a license to rights under the '094 patent.

35.    The '094 patent contains related application data to the '179 patent. The '094 patent specification is nearly identical to the specification of the '179 patent and solves the problems described in the '179 patent.

## CLAIMS FOR RELIEF

### Count I – Infringement of United States Patent No. 10,136,179

36.    Innovation Sciences repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

37.    On information and belief, Cove is violating 35 U.S. C. § 271(a) with respect to one or more claims of the '179 patent.

38.    On information and belief, Cove (or those acting on its behalf) (i) makes, uses, sells, sells access to, imports, offers to sell and/or offers to sell access to the Cove Products and Services in the United States that infringe (literally and/or under the doctrine of equivalents) at least claim 1 of the '179 patent.

39.    On information and belief, one or more components of the Cove Products and Services provides a wireless device (*e.g.*, Cove Eufy Indoor and Outdoor Camera) associated with a unique identifier (*e.g.*, MAC Address, serial number, Unique Identifier ("UID") defined by the manufacturer, etc.). On information and belief and as shown below, Cove Products and Services such as the Cove Eufy Indoor and Outdoor Camera provides a wireless device that communicates via Wi-Fi. Further, the Cove Camera has a unique identifier (*e.g.*, Serial number, UID defined by the manufacturer, name given by the user, etc.), which is used for identification of the camera during communication.



*See* https://www.covesmart.com/products/outdoor-camera/.

## Technical Specifications

| | |
|---|---|
| **Dimensions** | 3.75" x 3.125" x 2.25" |
| **Weight** | 11.3 oz (320 g) |
| **Resolution** | 2K |
| **Encrypted Local Storage** | 8GB eMMC Security Chipset AES-128, 2 months of storage |
| **Power Type** | 5V 2A adapter and 0.9W integrated solar panel |
| **Microphone** | Built-in |
| **Infrared Night Vision** | Yes (Up to 25ft) |
| **Weatherproof** | Yes (IP67) |
| **Operating Temperature** | -4°F to 122°F |
| **Connection** | 2.4GHz WiFi |
| **Field of View** | 135° |

*See* https://www.covesmart.com/products/outdoor-camera/.



*See*  https://www.covesmart.com/products/indoor-camera/.

## Technical Specifications

| | |
|---|---|
| **Dimensions** | 3.74" x 2.25" |
| **Weight** | 0.35 lb. |
| **Resolution** | 2K |
| **Encrypted Local Storage** | 128GB, security chipset AES-128 |
| **Power Type** | Wired power adapter (5V/1A) |
| **Infrared Night Vision** | Yes |
| **Connection** | 2.4GHz WiFi |
| **Field of View** | 125° |

*See* https://www.covesmart.com/products/indoor-camera/.



*See* Pairing Your Eufy Indoor Camera With the Cove Connect App - Eufy Indoor Camera | Cove Security Support.

40.    On information and belief, one or more components of the Cove Products and Services provides a sensor configured to detect a change of a condition (*e.g.*, movement / noise / sound / temperature detected in the monitoring area).



## Get only the notifications you need.

Activity zones allow you to customize the areas that trigger motion detection so you only receive the alerts that matter.

### How does the Eufy indoor camera work?    —

The Eufy indoor camera is a motion-activated indoor security camera with night vision and 2K resolution. This camera is easy to use. You'll simply plug it in and connect it to your Cove Connect app.

Through the app, you can livestream and view footage, and set the kinds of notifications you'll receive. The camera will record only when it notices motion. Otherwise, it will provide a continuous livestream of its surroundings. Video from the Eufy indoor camera can be stored locally on a microSD card inside the camera (not included).

Motion is detected through the included PIR sensor and AI human detection features. This means that heat signatures and human shapes will trigger notifications, but bugs and fluttering curtains will not.

### How do the motion and sound tracking features work?    —

The camera includes microphone and imaging software to sense noises and motion around your home. The camera will pivot automatically when a motion or sound is detected. This ensures that you will be able to catch and record any motion or sound events on video, even if the sound is out of frame.

*See* https://www.covesmart.com/products/indoor-camera/.



*See* Eufy IndoorCam Mini Review - Features, Unboxing, Video Quality & Testing.

12

41.     On information and belief, one or more components of the Cove Products and Services provides a transmitter (*e.g.*, Wi-Fi transmitter) configured to send a wireless signal via a WiFi network (*e.g.*, Wi-Fi IEEE 802.11), in response to detection of the change by the sensor (*e.g.*, movement / noise / sound / temperature detected in the monitoring area), the wireless signal comprising information corresponding to the unique identifier (*e.g.*, MAC Address, serial number, UID defined by the manufacturer, etc.) associated with the wireless device.



*See* https://www.covesmart.com/products/indoor-camera/.



*See* [Pairing Your Eufy Indoor Camera With the Cove Connect App - Eufy Indoor Camera | Cove Security Support](#)

### Do I need Wi-Fi to connect my Eufy indoor camera?    −

Yes. This camera uses your home Wi-Fi network to livestream and record video. You will need to set up your camera on a 2.4 GHz Wi-Fi connection rather than a 5 GHz connection.

*See* [https://www.covesmart.com/products/indoor-camera/](https://www.covesmart.com/products/indoor-camera/).

## Eufy Indoor Camera Pairing

Updated 1 yr ago

### A Few Things to Know:

- The camera requires a 2.4GHz Wi-Fi network. If you have a dual-band router, please make sure your phone is connected to the 2.4GHz Wi-Fi network before you begin.
- The cameras communicate using the Cove Connect app, for users on the Plus monitoring service plan. If you do not see an option to add cameras, please call our support team for assistance at 855.268.3669.
- If you have previously paired the Eufy cameras to the Eufy Security app, save any clips for those cameras you intend to keep and then remove the cameras from the Eufy app. Reset your cameras and chimes before pairing on the Cove Connect App.

14

*See:* [Pairing Your Eufy Indoor Camera With the Cove Connect App - Eufy Indoor Camera | Cove Security Support](#)

# Pairing Your Eufy Indoor Camera With the Cove Connect App

7   Now, you will need to add your Wi-Fi network information.

a   If you are an iPhone or iPad User the Network Name Field will be automatically filled in with whatever network your device is connected to currently.

- Make sure your iPhone or iPad is connected to your 2.4 GHz Wi-Fi Network

b   If you are an Android Device user and haven't connected a Eufy camera on the Cove Connect app before, the "Network" field will be blank. Click on "Generate List" to see all available Wi-Fi networks nearby.  Please select the 2.4 GHZ Wi-Fi network that you should have connected your phone or tablet to before beginning the pairing process.

i   Take your phone to the place where your security camera will be installed to quickly verify that your Wi-Fi signal is strong enough in that location. The higher the percentage listed on your screen, the more reliable your signal is.

ii   Select your Wi-Fi network from the list.

iii   This should populate in the Network Field and you can move to the next step.

c   Tap on the "Password" field and type in your Wi-Fi Password

- Please note: This field is case-sensitive, so make sure you've entered any uppercase letters or special symbols (@#$%^&*) correctly.

d   After you enter your Wi-Fi password, tap "OK" or "Configure Camera."

8   Press and hold the "Sync" button located on the bottom of your camera until you hear a beep and the LED on the camera begins flashing blue. Then press "Next."

a


9  A QR code will be generated on your phone. Point your Eufy security
camera at your phone screen to scan this QR code. Once your
security camera has successfully scanned the QR code, you will hear
2 beeps. The camera will then audibly indicate "Connecting to your
Wi-Fi network… Please wait."

    a  Once the camera is paired, your app will report that the camera
has been added successfully. Tap "Next" to proceed with naming
the camera.

    b  If the camera fails to connect, the camera will audibly say "failed
to connect to the network, please try again." If this happens, reset
the camera (by pressing and holding the sync button on the
bottom of the camera until you hear the double beep, which
takes roughly 12 seconds), and restart the pairing process again.

10  Once your camera is paired, you can either leave it with its default
name, which is the model number, or you can rename the camera
by selecting the text field with the model number and typing in your
desired name. Afterwards, tap "Save" to save your changes.

*See* [Pairing Your Eufy Indoor Camera With the Cove Connect App - Eufy Indoor Camera | Cove Security Support](#).

# Get only the notifications you need.

Activity zones allow you to customize the areas that trigger motion detection so you only receive the alerts that matter.

## How does the Eufy indoor camera work?                    —

The Eufy indoor camera is a motion-activated indoor security camera with night vision and 2K resolution. This camera is easy to use. You'll simply plug it in and connect it to your Cove Connect app.
Through the app, you can livestream and view footage, and set the kinds of notifications you'll receive. The camera will record only when it notices motion. Otherwise, it will provide a continuous livestream of its surroundings. Video from the Eufy indoor camera can be stored locally on a microSD card inside the camera (not included).
Motion is detected through the included PIR sensor and AI human detection features. This means that heat signatures and human shapes will trigger notifications, but bugs and fluttering curtains will not.

*See* [https://www.covesmart.com/products/indoor-camera/](https://www.covesmart.com/products/indoor-camera/).

16









*See* Eufy IndoorCam Mini Review - Features, Unboxing, Video Quality & Testing.

42.     On information and belief, one or more components of the Cove Products and Services is configured to notify a user of a status update (*e.g.*, event detected) based on the detection of the change of the condition (*e.g.*, movement / noise / sound / temperature detected in the monitoring area)

18

according to a configuration setting (*e.g.*, setting notification time intervals, motion detection sensitivity, etc.), the configuration setting comprising information regarding a setting for notifying the user of the status update.

## Get only the notifications you need.

Activity zones allow you to customize the areas that trigger motion detection so you only receive the alerts that matter.

**How does the Eufy indoor camera work?**    —

The Eufy indoor camera is a motion-activated indoor security camera with night vision and 2K resolution. This camera is easy to use. You'll simply plug it in and connect it to your Cove Connect app.

Through the app, you can livestream and view footage, and set the kinds of notifications you'll receive. The camera will record only when it notices motion. Otherwise, it will provide a continuous livestream of its surroundings. Video from the Eufy indoor camera can be stored locally on a microSD card inside the camera (not included).

Motion is detected through the included PIR sensor and AI human detection features. This means that heat signatures and human shapes will trigger notifications, but bugs and fluttering curtains will not.

Give kids, caregivers, and house guests access to the camera feed without access to the app. So they can check your doorbell camera feed without ever needing to open the door. Just use the built-in microphone to chat with visitors. And enjoy the same control you'd have through the Cove Connect app.*

Our touchscreen alarm panel does much more than an old-fashioned keypad, and it's easier to use, too. View your camera feed, check each sensor's status, create customized arming and disarming schedules, and even check the weather.

## Seamless App Integration

Our app and alarm panel share the same layout, making it easy to switch back and forth between them throughout the day.

19

*See* https://www.covesmart.com/products/alarm-panel-hub/.

### Can this app send alerts and notifications in case of an intrusion or emergency?

Yes. You will receive app alerts and notifications for any intrusions or emergencies. You may also receive text notifications and/or phone alerts, depending on how quickly you respond to the alert through the app. Other notifications can be adjusted in the app's settings.

*See* https://www.covesmart.com/cove-app/.



*See* https://www.covesmart.com/services/.







*See* Eufy IndoorCam Mini Review - Features, Unboxing, Video Quality & Testing

43.    On information and belief, one or more components of the Cove Products and Services

provides a wireless device associated with a unique identifier wherein information regarding the status

update (*e.g.*, motion alert notification) is communicated to a user's mobile phone through the WiFi network, the WiFi network connected to a cellular network.

Give kids, caregivers, and house guests access to the camera feed without access to the app. So they can check your doorbell camera feed without ever needing to open the door. Just use the built-in microphone to chat with visitors. And enjoy the same control you'd have through the Cove Connect app.*

Our touchscreen alarm panel does much more than an old-fashioned keypad, and it's easier to use, too. View your camera feed, check each sensor's status, create customized arming and disarming schedules, and even check the weather.

## Seamless App Integration

Our app and alarm panel share the same layout, making it easy to switch back and forth between them throughout the day.

*See* https://www.covesmart.com/products/alarm-panel-hub/.

### Can this app send alerts and notifications in case of an intrusion or emergency?

Yes. You will receive app alerts and notifications for any intrusions or emergencies. You may also receive text notifications and/or phone alerts, depending on how quickly you respond to the alert through the app. Other notifications can be adjusted in the app's settings.

*See* https://www.covesmart.com/cove-app/



*See* https://www.covesmart.com/services/.





*See:* Eufy IndoorCam Mini Review - Features, Unboxing, Video Quality & Testing

## Eufy Indoor Camera Pairing

Updated 1 yr ago

### A Few Things to Know:

- The camera requires a 2.4GHz Wi-Fi network. If you have a dual-band router, please make sure your phone is connected to the 2.4GHz Wi-Fi network before you begin.
- The cameras communicate using the Cove Connect app, for users on the Plus monitoring service plan. If you do not see an option to add cameras, please call our support team for assistance at 855.268.3669.
- If you have previously paired the Eufy cameras to the Eufy Security app, save any clips for those cameras you intend to keep and then remove the cameras from the Eufy app. Reset your cameras and chimes before pairing on the Cove Connect App.

*See* Pairing Your Eufy Indoor Camera With the Cove Connect App - Eufy Indoor Camera | Cove Security Support

## Pairing Your Eufy Indoor Camera With the Cove Connect App

7  Now, you will need to add your Wi-Fi network information.

ⓐ If you are an iPhone or iPad User the Network Name Field will be automatically filled in with whatever network your device is connected to currently.

  • Make sure your iPhone or iPad is connected to your 2.4 GHz Wi-Fi Network

ⓑ If you are an Android Device user and haven't connected a Eufy camera on the Cove Connect app before, the "Network" field will be blank. Click on "Generate List" to see all available Wi-Fi networks nearby.  Please select the 2.4 GHZ Wi-Fi network that you should have connected your phone or tablet to before beginning the pairing process.

  ⅰ Take your phone to the place where your security camera will be installed to quickly verify that your Wi-Fi signal is strong enough in that location. The higher the percentage listed on your screen, the more reliable your signal is.

  ⅱ Select your Wi-Fi network from the list.

  ⅲ This should populate in the Network Field and you can move to the next step.

ⓒ Tap on the "Password" field and type in your Wi-Fi Password

  • Please note: This field is case-sensitive, so make sure you've entered any uppercase letters or special symbols (@#$%^&*) correctly.

ⓓ After you enter your Wi-Fi password, tap "OK" or "Configure Camera."

8 Press and hold the "Sync" button located on the bottom of your camera until you hear a beep and the LED on the camera begins flashing blue. Then press "Next."

  ⓐ



9 A QR code will be generated on your phone. Point your Eufy security camera at your phone screen to scan this QR code. Once your security camera has successfully scanned the QR code, you will hear 2 beeps. The camera will then audibly indicate "Connecting to your Wi-Fi network... Please wait."

  ⓐ Once the camera is paired, your app will report that the camera has been added successfully. Tap "Next" to proceed with naming the camera.

*See* Pairing Your Eufy Indoor Camera With the Cove Connect App - Eufy Indoor Camera | Cove Security Support

44.     On information and belief, one or more components of the Cove Products and Services

provides a wireless device associated with a unique identifier wherein a network address (*e.g.*, IP

address) for the WiFi network is associated (*e.g.*, on the Cove application) with the phone identifier of the user's mobile phone (*e.g.*, user's phone number, email, etc.).



*See* https://www.covesmart.com/services/.

# Eufy Indoor Camera Pairing

Updated 1 yr ago

## A Few Things to Know:

- The camera requires a 2.4GHz Wi-Fi network. If you have a dual-band router, please make sure your phone is connected to the 2.4GHz Wi-Fi network before you begin.

- The cameras communicate using the Cove Connect app, for users on the Plus monitoring service plan. If you do not see an option to add cameras, please call our support team for assistance at 855.268.3669.

- If you have previously paired the Eufy cameras to the Eufy Security app, save any clips for those cameras you intend to keep and then remove the cameras from the Eufy app. Reset your cameras and chimes before pairing on the Cove Connect App.

*See* Pairing Your Eufy Indoor Camera With the Cove Connect App - Eufy Indoor Camera | Cove Security Support

## Using the Manufacturer's App or Software

Now many camera manufacturers will provide a special App or computer software, easy to use and convenient. How does that work?

1. **Download the App first.** Install the camera manufacturer's App on your phone or computer.

2. **Connect to the same network.** Make sure your camera and the device you're looking for are on the same WiFi.

3. **Do a search.** Open the App and use its search function to scan the web.

4. **Find the IP.** The App will display the IP addressof the camera and possibly other useful information.

*See* How to Find Camera IP address? Many Quick Methods - eufy US

## How to Log Into the App

Once the App has finished downloading, use your Cove Connect Login Information to access your system.  Your Username and Password will be emailed to you shortly after purchase, and texted to you after you have completed your System Installation. If you did not receive this text, please reach out to our support team for further assistance.

When you log in for the first time, the app will prompt you to review some terms and conditions. Please review them and click, "Accept." Depending on the type of phone you have, your phone may then ask if you would like to set up touch or facial recognition.

Note: The app supports Face/Fingerprint Authentication for some phone models. You can also enable these settings later through your phone and app settings.

If you are having trouble logging in, tap "Forgot Password" on the login screen.

Once you have set your password, we recommend changing the password through the "My Info" section of your app.

*See* Getting Started with the Cove Connect App - Cove Connect App | Cove Security Support



*See* [How to Use the Cove Connect App](#)

## Two-Step Verification for eufySecurity App

The purpose of enabling two-factor authentication is to protect you from any unauthorized access to your eufySecurity account.

**What is the logic of the verification code when 2FA is enabled?**

1. Verification Code
   - Email by default. Registering your mobile phone number to receive a code via text message is optional.
   - A six-digit code that expires after 5 minutes.
   - If the verification code is sent multiple times, the old verification code can still be verified within the validity period of 5 minutes.

*See* [https://support.eufy.com/s/article/Two-Step-Verification-for-eufySecurity-App](https://support.eufy.com/s/article/Two-Step-Verification-for-eufySecurity-App)



*See* [eufy Security app - how to install on iPhone](#)





*See* [How To Check IP Address On EUFY Indoor Cam E220](#)

45.     On information and belief, one or more components of the Cove Products and Services provides a wireless device wherein the unique identifier (*e.g.*, MAC address, serial number, UID defined by the manufacturer, name given by the user, etc.) of the camera is associated (*e.g.*, on the Cove application) with the phone identifier for the user's mobile phone (*e.g.*, user's phone number, email, etc.).



*See* https://www.covesmart.com/services/.





*See* [Eufy IndoorCam Mini Review - Features, Unboxing, Video Quality & Testing](#)



*See* [Pairing Your Eufy Indoor Camera With the Cove Connect App - Eufy Indoor Camera | Cove Security Support](#)

# Eufy Indoor Camera Pairing

Updated 1 yr ago

## A Few Things to Know:

- The camera requires a 2.4GHz Wi-Fi network. If you have a dual-band router, please make sure your phone is connected to the 2.4GHz Wi-Fi network before you begin.

- The cameras communicate using the Cove Connect app, for users on the Plus monitoring service plan. If you do not see an option to add cameras, please call our support team for assistance at 855.268.3669.

- If you have previously paired the Eufy cameras to the Eufy Security app, save any clips for those cameras you intend to keep and then remove the cameras from the Eufy app. Reset your cameras and chimes before pairing on the Cove Connect App.

*See* [Pairing Your Eufy Indoor Camera With the Cove Connect App - Eufy Indoor Camera | Cove Security Support](#)

## How to Log Into the App

Once the App has finished downloading, use your Cove Connect Login Information to access your system.  Your Username and Password will be emailed to you shortly after purchase, and texted to you after you have completed your System Installation. If you did not receive this text, please reach out to our support team for further assistance.

When you log in for the first time, the app will prompt you to review some terms and conditions. Please review them and click, "Accept." Depending on the type of phone you have, your phone may then ask if you would like to set up touch or facial recognition.

Note: The app supports Face/Fingerprint Authentication for some phone models. You can also enable these settings later through your phone and app settings.

If you are having trouble logging in, tap "Forgot Password" on the login screen.

Once you have set your password, we recommend changing the password through the "My Info" section of your app.

*See* [Getting Started with the Cove Connect App - Cove Connect App | Cove Security Support](#)



*See* [How to Use the Cove Connect App](#)

# Two-Step Verification for eufySecurity App

The purpose of enabling two-factor authentication is to protect you from any unauthorized access to your eufySecurity account.

**What is the logic of the verification code when 2FA is enabled?**

1. Verification Code
   - Email by default.  Registering your mobile phone number to receive a code via text message is optional.
   - A six-digit code that expires after 5 minutes.
   - If the verification code is sent multiple times, the old verification code can still be verified within the validity period of 5 minutes.

*See* https://support.eufy.com/s/article/Two-Step-Verification-for-eufySecurity-App



*See* eufy Security app - how to install on iPhone.



*See* How to Share Account Access.

46.    On information and belief, one or more components of the Cove Products and Services provides a wireless device associated with a unique identifier comprising wherein a configured data package comprises information for the network address for the WiFi network, the configured data package (*e.g.*, used to configure the initiation of network communication for the Camera) being sent from a cellular phone in initiating communications that are directed to the wireless device.

8   Now, you will need to add your Wi-Fi network information.

- If you are an iPhone or iPad User the Network Name Field will be automatically filled in with whatever network your device is connected to currently.
  - Make sure your iPhone or iPad is connected to your 2.4 GHz Wi-Fi Network

- If you are an Android Device user and haven't connected a Eufy camera on the Cove Connect app before, the "Network" field will be blank. Click on "Generate List" to see all available Wi-Fi networks nearby. Please select the 2.4 GHZ Wi-Fi network that you should have connected your phone or tablet to before beginning the pairing process.
  - Take your phone to the place where your security camera will be installed to quickly verify that your Wi-Fi signal is strong enough in that location. The higher the percentage listed on your screen, the more reliable your signal is.
  - Select your Wi-Fi network from the list.
  - This should populate in the Network Field and you can move to the next step.

- Tap on the "Password" field and type in your Wi-Fi Password
  - Please note: This field is case-sensitive, so make sure you've entered any uppercase letters or special symbols (@#$%^&*) correctly.

- After you enter your Wi-Fi password, tap "OK" or "Configure Camera."

9   After clicking "OK" or "Configure Camera", your phone will transmit the data to the chime box via Bluetooth connection, so keep your phone within 10 feet of the chime box. After transmission of the data, the chime box will connect to the network. If done properly, your app will automatically move to the next step.

*See* https://support.covesmart.com/t/35y6zwv/pairing-your-eufy-doorbell-camera-with-the-cove-connect-app.

# Eufy Indoor Camera Pairing

Updated 1 yr ago

## A Few Things to Know:

- The camera requires a 2.4GHz Wi-Fi network. If you have a dual-band router, please make sure your phone is connected to the 2.4GHz Wi-Fi network before you begin.
- The cameras communicate using the Cove Connect app, for users on the Plus monitoring service plan. If you do not see an option to add cameras, please call our support team for assistance at 855.268.3669.
- If you have previously paired the Eufy cameras to the Eufy Security app, save any clips for those cameras you intend to keep and then remove the cameras from the Eufy app. Reset your cameras and chimes before pairing on the Cove Connect App.

*See* Pairing Your Eufy Indoor Camera With the Cove Connect App - Eufy Indoor Camera | Cove Security Support.

# Pairing Your Eufy Indoor Camera With the Cove Connect App

7   Now, you will need to add your Wi-Fi network information.

ⓐ   If you are an iPhone or iPad User the Network Name Field will be automatically filled in with whatever network your device is connected to currently.

- Make sure your iPhone or iPad is connected to your 2.4 GHz Wi-Fi Network

ⓑ   If you are an Android Device user and haven't connected a Eufy camera on the Cove Connect app before, the "Network" field will be blank. Click on "Generate List" to see all available Wi-Fi networks nearby. Please select the 2.4 GHZ Wi-Fi network that you should have connected your phone or tablet to before beginning the pairing process.

ⅰ   Take your phone to the place where your security camera will be installed to quickly verify that your Wi-Fi signal is strong enough in that location. The higher the percentage listed on your screen, the more reliable your signal is.

ⅱ   Select your Wi-Fi network from the list.

ⅲ   This should populate in the Network Field and you can move to the next step.

ⓒ   Tap on the "Password" field and type in your Wi-Fi Password

- Please note: This field is case-sensitive, so make sure you've entered any uppercase letters or special symbols (@#$%^&*) correctly.

ⓓ   After you enter your Wi-Fi password, tap "OK" or "Configure Camera."

8   Press and hold the "Sync" button located on the bottom of your camera until you hear a beep and the LED on the camera begins flashing blue. Then press "Next."

ⓐ


9   A QR code will be generated on your phone. Point your Eufy security camera at your phone screen to scan this QR code. Once your security camera has successfully scanned the QR code, you will hear 2 beeps. The camera will then audibly indicate "Connecting to your Wi-Fi network... Please wait."

ⓐ   Once the camera is paired, your app will report that the camera has been added successfully. Tap "Next" to proceed with naming the camera.

*See* [Pairing Your Eufy Indoor Camera With the Cove Connect App - Eufy Indoor Camera | Cove Security Support](#)

## How to Log Into the App

Once the App has finished downloading, use your Cove Connect Login Information to access your system. Your Username and Password will be emailed to you shortly after purchase, and texted to you after you have completed your System Installation. If you did not receive this text, please reach out to our support team for further assistance.

When you log in for the first time, the app will prompt you to review some terms and conditions. Please review them and click, "Accept." Depending on the type of phone you have, your phone may then ask if you would like to set up touch or facial recognition.

Note: The app supports Face/Fingerprint Authentication for some phone models. You can also enable these settings later through your phone and app settings.

If you are having trouble logging in, tap "Forgot Password" on the login screen.

Once you have set your password, we recommend changing the password through the "My Info" section of your app.

*See* [Getting Started with the Cove Connect App - Cove Connect App | Cove Security Support](#).



*See* [How to Use the Cove Connect App](#)

# Two-Step Verification for eufySecurity App

The purpose of enabling two-factor authentication is to protect you from any unauthorized access to your eufySecurity account.

**What is the logic of the verification code when 2FA is enabled?**

1. Verification Code
   - Email by default.  Registering your mobile phone number to receive a code via text message is optional.
   - A six-digit code that expires after 5 minutes.
   - If the verification code is sent multiple times, the old verification code can still be verified within the validity period of 5 minutes.

*See* https://support.eufy.com/s/article/Two-Step-Verification-for-eufySecurity-App



*See* eufy Security app - how to install on iPhone





*See* [How To Check IP Address On EUFY Indoor Cam E220](#)

47.    On information and belief, Cove directly infringes at least claim 1 of the '179 patent in violation of 35 U.S.C. § 271(a) by making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the Cove Products and Services.

48.    Innovation Sciences has been damaged by Defendant's infringement and has caused / continues to cause it to suffer irreparable harm and damages as a result of the infringement.

### Count II – Infringement of United States Patent No. 10,469,898

49.    Innovation Sciences repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

50.    On information and belief, Cove is violating 35 U.S. C. § 271(a) with respect to one or more claims of the '898 patent.

51.    On information and belief, Cove (or those acting on its behalf) (i) make, use, sell, sell access to, import, offer to sell and/or offer to sell access to the Cove Products and Services in the United States that infringe (literally and/or under the doctrine of equivalents) at least claim 10 of the '898 patent.

52.    On information and belief, one or more components of the Cove Products and Services (*e.g.*, Cove Home Security System) provides a method for communicating information by a centralized HUB system (*e.g.*, hub and alarm panel, hereinafter the "Cove Hub") with a device identifier (*e.g.*, MAC address, serial number, name given by the user, etc.).



*See* https://www.covesmart.com/products/alarm-panel-hub/

> The Hub is essential for every security system. All sensors, panels, and other equipment will communicate with the Hub via wireless connections. Likewise, the Hub functions as a connection between your security system and our monitoring station.

*See* https://support.covesmart.com/t/g9h4rvs/connecting-your-hub-with-ethernet

> The next page will ask you to Select your Hub. It will generate a list of Hubs available in the region (though it may only show 1 appearing on your list.) You can verify you've selected the proper Hub by locating the last 4 of the MAC (located on a sticker on the back of the Hub). If the last 4 matches with what is on your list, select that Hub and click Continue.

*See* https://support.covesmart.com/t/x2h4r00/navigating-the-installation-wizard-for-the-connect-system

## TO VIEW INFORMATION ABOUT YOUR MULTIPLE ALARM PANELS

To view information about your multiple alarm panels, select "More" > "Settings" > "Panel" > Enter your 4-digit master pass-code > "Keypads" > Locate the name and serial number for the panel.

*See* https://support.covesmart.com/media/download/18rky7/Cove%20Connect%20User%20Manual.pdf

53.      On information and belief, one or more components of the Cove Products and Services (*e.g.*, Cove Home Security System) provides a method for communicating configured data (*e.g.*, IP address, MAC address, etc.) in initiating communications that are directed to the centralized HUB system (*e.g.*, Cove Hub), the configured data comprising information corresponding to a network address (*e.g.*, IP address and/or the Hub's MAC address) associated with a wireless local area network and information corresponding to the device identifier (*e.g.*, serial number, Device ID, name given by the user, etc. of the Cove Hub).

## Hub Technical Specifications

| | |
|---|---|
| **Dimensions** | 8.9" x 8.9" x 1.5" |
| **Weight** | 26.8 oz (760 g) |
| **Placement** | Tabletop or wall mounted |
| **Operating Temperature** | 32° to 120° F |
| **Maximum Humidity** | 85% non-condensing |
| **Communication Paths** | LTE Category M1, Wi-Fi, Ethernet |
| **Backup Battery Life** | 24 hrs |

*See* https://www.covesmart.com/products/alarm-panel-hub/

**How are the hub and alarm panel powered and connected to monitoring?**

Our smart hub will be connected directly to your current Wi-Fi router using an ethernet cable. This internet connection will allow the hub to communicate with our monitoring team. The hub will also be plugged into an AC outlet for power. In case the internet or power cuts out, the hub also includes a backup battery and a cellular chip, which will enable the system to continue functioning.

Our smart alarm panel is powered with an AC outlet and connects to the hub via a closed-loop internet connection, so even when the power or the Wi-Fi goes out, the panel and hub can still communicate with each other. The alarm panel also includes a 4-hour backup battery.

*See* https://support.covesmart.com/t/m1h45hv/alarm-panel-and-hub-technical-specifications-and-faqs

## Connecting Alarm Panel to Wifi

This step is completely optional if you do not have wifi in the Home.

You will be prompted to select your Wi-Fi network. If you do not have Wifi available, click "Skip for now" to proceed to the next section and continue on to the next section of this article.

44

*See* https://support.covesmart.com/t/x2h4r00/navigating-the-installation-wizard-for-the-connect-system

> The next page will ask you to Select your Hub. It will generate a list of Hubs available in the region (though it may only show 1 appearing on your list.) You can verify you've selected the proper Hub by locating the last 4 of the MAC (located on a sticker on the back of the Hub). If the last 4 matches with what is on your list, select that Hub and click Continue.

*See* https://support.covesmart.com/t/x2h4r00/navigating-the-installation-wizard-for-the-connect-system

# Connecting Your Alarm Panel to Wi-Fi

Updated 1 yr ago

Your Alarm Panel has the ability to connect to Wi-Fi.

Though not a requirement, connecting your Alarm Panel to Wi-Fi opens up additional features and settings. You can either connect it as its primary network connection or have it as a connection solely for updates.

The Wifi can be connected either during the Setup Wizard or after Installation.

**If you are setting up the Wifi during your Setup Process, please refer to this article.**

*See* https://support.covesmart.com/t/x2h4r00/navigating-the-installation-wizard-for-the-connect-system



*See* https://www.covesmart.com/products/alarm-panel-hub/.



*See* https://www.covesmart.com/products/alarm-panel-hub/

54.     On information and belief, one or more components of the Cove Products and Services (*e.g.*, Cove Home Security System) provides that the network address (*e.g.*, IP address or MAC address) is associated with the device identifier (*e.g.*, serial number, Device ID, name given by the user, etc.).

### Connecting Alarm Panel to Wifi

This step is completely optional if you do not have wifi in the Home.

You will be prompted to select your Wi-Fi network. If you do not have Wifi available, click "Skip for now" to proceed to the next section and continue on to the next section of this article.

*See* https://support.covesmart.com/t/x2h4r00/navigating-the-installation-wizard-for-the-connect-system

The next page will ask you to Select your Hub. It will generate a list of Hubs available in the region (though it may only show 1 appearing on your list.) You can verify you've selected the proper Hub by locating the last 4 of the MAC (located on a sticker on the back of the Hub). If the last 4 matches with what is on your list, select that Hub and click Continue.

*See* https://support.covesmart.com/t/x2h4r00/navigating-the-installation-wizard-for-the-connect-system

Every computer or device on the internet has two types of addresses: a physical address and an internet address.

The physical address -- or media access control (MAC) address -- identifies a device to other devices on the same local network. The internet address -- or IP address -- identifies the device globally. A network packet needs both addresses to get to its destination.

*See* https://www.techtarget.com/searchnetworking/answer/What-is-the-difference-between-an-IP-address-and-a-physical-address)

> Address Resolution Protocol (ARP) is a protocol or procedure that connects an ever-changing Internet Protocol (IP) address to a fixed physical machine address, also known as a media access control (MAC) address, in a local-area network (LAN).

*See* https://www.fortinet.com/resources/cyberglossary/what-is-arp

# Connecting Your Alarm Panel to Wi-Fi

Updated 1 yr ago

Your Alarm Panel has the ability to connect to Wi-Fi.

Though not a requirement, connecting your Alarm Panel to Wi-Fi opens up additional features and settings. You can either connect it as its primary network connection or have it as a connection solely for updates.

The Wifi can be connected either during the Setup Wizard or after Installation.

**If you are setting up the Wifi during your Setup Process, please refer to this article.**

*See* https://support.covesmart.com/t/x2h4r00/navigating-the-installation-wizard-for-the-connect-system



*See* https://www.covesmart.com/products/alarm-panel-hub/



*See* https://www.covesmart.com/products/alarm-panel-hub/.

55.    On information and belief, one or more components of the Cove Products and Services (*e.g.*, Cove Home Security System) performs communicating, via a network interface (*e.g.*, Wi-Fi interface or radio frequency) and via a network communication channel of the wireless local area network (*e.g.*, Wi-Fi network), information about an updated status (*e.g.*, detected by a sensor) in connection with a wireless signal transmitted through a wireless channel regarding the updates status, the wireless channel regarding the updated status, the wireless signal comprising information corresponding to a unique identifier (*e.g.*, the information included in the user's account) associated with the home device or the office device, the unique identifier associated with a unique phone identifier of a cellular phone (*e.g.*, phone number associated with the cellular phone having the Cove App).

## Hub Specifications:

- Models:

  - LP.MFP01.345.1 (For 1st Generation Verizon Hubs)

  - LP.MFP01.345.2(For 1st Generation ATT Hubs)

  - LP.MFP02.345.1(For 2nd Generation Verizon Hubs)

  - LP.MFP02.345.2(For 2nd Generation ATT Hubs)

- Hub Body Dimensions: 8.9 x 8.9 x 1.5"

- Weight with Battery: 26.8 oz.

- Operating Temperature: 32-120 degrees

- Maximum Humidity: 85% non-condensing relative humidity

- Radio Frequency: 433mHz with a 345mHz attachment

- LAN Network: 2.4GHz network card

- Max Users: 49

- Siren: 85 dBA at 10 feet

*See* https://support.covesmart.com/t/m1h45hv/alarm-panel-and-hub-technical-specifications-and-faqs

The Hub is essential for every security system. All sensors, panels, and other equipment will communicate with the Hub via wireless connections. Likewise, the Hub functions as a connection between your security system and our monitoring station.

*See* https://support.covesmart.com/t/g9h4rvs/connecting-your-hub-with-ethernet

**Water Leak Detector**



*See*

https://support.covesmart.com/media/download/q52awn/Cove%20Connect%20User%20Manual.pdf

**How are the hub and alarm panel powered and connected to monitoring?**

Our smart hub will be connected directly to your current Wi-Fi router using an ethernet cable. This internet connection will allow the hub to communicate with our monitoring team. The hub will also be plugged into an AC outlet for power. In case the internet or power cuts out, the hub also includes a backup battery and a cellular chip, which will enable the system to continue functioning.

Our smart alarm panel is powered with an AC outlet and connects to the hub via a closed-loop internet connection, so even when the power or the Wi-Fi goes out, the panel and hub can still communicate with each other. The alarm panel also includes a 4-hour backup battery.

*See* https://support.covesmart.com/t/m1h45hv/alarm-panel-and-hub-technical-specifications-and-faqs

Give kids, caregivers, and house guests access to the camera feed without access to the app. So they can check your doorbell camera feed without ever needing to open the door. Just use the built-in microphone to chat with visitors. And enjoy the same control you'd have through the Cove Connect app.*

*See* https://www.covesmart.com/products/alarm-panel-hub/



*See* https://www.covesmart.com/products/alarm-panel-hub/



## Total security around the clock.

The last thing you want to come home to after a vacation is a break-in. With our Advanced Professional Monitoring™ system, you'll know exactly when someone tries to get into your home.

**See What It Costs**

Takes less than 1 minute

*See* https://www.covesmart.com/services/

## Remote Accessibility

Monitor the status of your door sensors from a distance and check in through the Cove mobile app to ensure that your home stays secure, even when you can't be there.

## Smart Integration

Integrate door sensors and other Cove security devices into your smart home automation, making your home more convenient and more secure.

# Customizable Alert Options

Tailor your alerts and notifications so that the information you receive is the most relevant and actionable for your particular needs.

*See* https://www.covesmart.com/products/door-sensor/

The Hub is essential for every security system. All sensors, panels, and other equipment will communicate with the Hub via wireless connections. Likewise, the Hub functions as a connection between your security system and our monitoring station.

*See* https://support.covesmart.com/t/g9h4rvs/connecting-your-hub-with-ethernet

Our touchscreen alarm panel does much more than an old-fashioned keypad, and it's easier to use, too. View your camera feed, check each sensor's status, create customized arming and disarming schedules, and even check the weather.

*See* https://www.covesmart.com/products/alarm-panel-hub/

Scan the QR code using the "Scan Barcode" screen, or type in the 7-digit TXID located on the back of the sensor.

*See* https://support.covesmart.com/t/g9h453q/adding-a-sensor-through-the-cove-connect-app



*See* https://www.covesmart.com/products/alarm-panel-hub/

56.     On information and belief, one or more components of the Cove Products and Services

(*e.g.*, Cove Home Security System) provides that the information about the updated status (*e.g.*,

intrusions, emergencies) is communicated to a user in connection with recognition of the unique

identifier.

> Our system takes care of itself. With self-testing sensors and tamper-resistance, you'll know the minute something goes wrong. And in the unlikely event that you should need it, the hub has a 24-hour backup battery.

*See* https://www.covesmart.com/products/alarm-panel-hub/

### Can this app send alerts and notifications in case of an intrusion or emergency?

Yes. You will receive app alerts and notifications for any intrusions or emergencies. You may also receive text notifications and/or phone alerts, depending on how quickly you respond to the alert through the app. Other notifications can be adjusted in the app's settings.

*See* https://www.covesmart.com/cove-app/

# Seamless App Integration

Our app and alarm panel share the same layout, making it easy to switch back and forth between them throughout the day.

*See* https://www.covesmart.com/products/alarm-panel-hub/



*See* https://www.covesmart.com/services/

57.     On information and belief, one or more components of the Cove Products and Services (*e.g.*, Cove Home Security System) provides that the information about the updated status (*e.g.*, away, stay) is communicated to the user according to a configuration setting (*e.g.*, specifying how to notify the user about the updated status).

This sensor detects the movement of heat in its field of vision. Your security system has two arming modes, arm "Away" and arm "Stay." In "Away" mode, the Motion Sensor detects movement and will trigger an alarm. In "Stay" mode, the Motion Sensor is not active and will not trigger an alarm. To preserve battery life, the sensor will go inactive for three minutes after it has been triggered.

*See* https://support.covesmart.com/t/p8h45xd/motion-sensor-frequently-asked-questions

Our system takes care of itself. With self-testing sensors and tamper-resistance, you'll know the minute something goes wrong. And in the unlikely event that you should need it, the hub has a 24-hour backup battery.

*See* https://www.covesmart.com/products/alarm-panel-hub/

### Can this app send alerts and notifications in case of an intrusion or emergency?

Yes. You will receive app alerts and notifications for any intrusions or emergencies. You may also receive text notifications and/or phone alerts, depending on how quickly you respond to the alert through the app. Other notifications can be adjusted in the app's settings.

*See* https://www.covesmart.com/cove-app/

58.    On information and belief, one or more components of the Cove Products and Services (*e.g.*, Cove Home Security System) provides that the configuration setting specifies when and how to notify the user about the updates status (*e.g.*, the user is alerted when conditions are met by creating custom rules).

### Can this app send alerts and notifications in case of an intrusion or emergency?

Yes. You will receive app alerts and notifications for any intrusions or emergencies. You may also receive text notifications and/or phone alerts, depending on how quickly you respond to the alert through the app. Other notifications can be adjusted in the app's settings.

*See* https://www.covesmart.com/cove-app/

"Scenes" (also sometimes referred to as "Routines") allow you to create custom rules for your system. They follow a pattern of "If this, then that" logic, where a "Trigger" needs to occur in order for an "Action" to happen. Here's an example of what we mean:

"I want my system to arm to "Away" mode at 10:00 AM every day. "

- The "Trigger" is 10:00 AM every day and the "Action" is to arm "Away."

*See* https://support.covesmart.com/t/h7h45q8/scenes-on-the-alarm-panel.

59.     On information and belief, one or more components of the Cove Products and Services (*e.g.*, Cove Home Security System) provides that the message about the updated status (*e.g.*, alerts or notifications) is communicated to the cellular phone (*e.g.*, via text or the Cove App).

Give kids, caregivers, and house guests access to the camera feed without access to the app. So they can check your doorbell camera feed without ever needing to open the door. Just use the built-in microphone to chat with visitors. And enjoy the same control you'd have through the Cove Connect app.*

Our touchscreen alarm panel does much more than an old-fashioned keypad, and it's easier to use, too. View your camera feed, check each sensor's status, create customized arming and disarming schedules, and even check the weather.

# Seamless App Integration

Our app and alarm panel share the same layout, making it easy to switch back and forth between them throughout the day.

*See* https://www.covesmart.com/products/alarm-panel-hub/.

### Can this app send alerts and notifications in case of an intrusion or emergency?

Yes. You will receive app alerts and notifications for any intrusions or emergencies. You may also receive text notifications and/or phone alerts, depending on how quickly you respond to the alert through the app. Other notifications can be adjusted in the app's settings.

*See* https://www.covesmart.com/cove-app/.



*See* https://www.covesmart.com/services/.

60.     On information and belief, one or more components of the Cove Products and Services (*e.g.*, Cove Home Security System) provides that the method further comprises receiving a signal (*e.g.*, video, two-way audio, etc. via Wi-Fi) from the wireless local area network.

### How are the hub and alarm panel powered and connected to monitoring?

Our smart hub will be connected directly to your current Wi-Fi router using an ethernet cable. This internet connection will allow the hub to communicate with our monitoring team. The hub will also be plugged into an AC outlet for power. In case the internet or power cuts out, the hub also includes a backup battery and a cellular chip, which will enable the system to continue functioning.

Our smart alarm panel is powered with an AC outlet and connects to the hub via a closed-loop internet connection, so even when the power or the Wi-Fi goes out, the panel and hub can still communicate with each other. The alarm panel also includes a 4-hour backup battery.

*See* https://support.covesmart.com/t/m1h45hv/alarm-panel-and-hub-technical-specifications-and-faqs

# View live video through the panel.

Give kids, caregivers, and house guests access to the camera feed without access to the app. So they can check your doorbell camera feed without ever needing to open the door. Just use the built-in microphone to chat with visitors. And enjoy the same control you'd have through the Cove Connect app.*

*See* https://www.covesmart.com/products/alarm-panel-hub/

The live feed page is where you'll access your camera feed. From here, you also have the option to listen in or broadcast your voice to the camera. You can make the footage fullscreen, take pictures, and manually record clips to save to your local device's storage.

*See* https://support.covesmart.com/t/60hz3r6/cove-camera-live-feeds-and-features

Two-way audio cameras are one of the best devices that you can add to your home security. They offer better protection, full-coverage security, and they allow you to be constantly aware of what is going on in your home. For more information on how you can get a home security system with a two-way audio camera, contact Cove Security today.

*See* https://www.covesmart.com/resources/security-cameras/two-way-audio-security-camera/

61.    On information and belief, one or more components of the Cove Products and Services (*e.g.*, Cove Home Security System) provides a conversion of the signal by a converter (*e.g.*, two-way audio communicated between the Cove Hub and video cameras) to accommodate production of a corresponding information content, the signal comprising a compressed signal.

# View live video through the panel.

Give kids, caregivers, and house guests access to the camera feed without access to the app. So they can check your doorbell camera feed without ever needing to open the door. Just use the built-in microphone to chat with visitors. And enjoy the same control you'd have through the Cove Connect app.*

*See* https://www.covesmart.com/products/alarm-panel-hub/

> The live feed page is where you'll access your camera feed. From here, you also have the option to listen in or broadcast your voice to the camera. You can make the footage fullscreen, take pictures, and manually record clips to save to your local device's storage.

*See* https://support.covesmart.com/t/60hz3r6/cove-camera-live-feeds-and-features

> Two-way audio cameras are one of the best devices that you can add to your home security. They offer better protection, full-coverage security, and they allow you to be constantly aware of what is going on in your home. For more information on how you can get a home security system with a two-way audio camera, contact Cove Security today.

*See* https://www.covesmart.com/resources/security-cameras/two-way-audio-security-camera/

62.    On information and belief, one or more components of the Cove Products and Services (*e.g.*, Cove Home Security System) provides decompressing (*e.g.*, Cove Hub decompresses) the compressed signal by a decoder (*e.g.*, decoders in the Cove Hub), the conversion comprising said decompressing the compressed signal by the decoder, the decoder included in the converter (*e.g.*, the two-way audio communicated between the Cove Hub and video cameras are compressed for Wi-Fi or cellular network transmission for efficient bandwidth usage to maintain high quality communication).

> # View live video through the panel.
>
> Give kids, caregivers, and house guests access to the camera feed without access to the app. So they can check your doorbell camera feed without ever needing to open the door. Just use the built-in microphone to chat with visitors. And enjoy the same control you'd have through the Cove Connect app.*

*See* https://www.covesmart.com/products/alarm-panel-hub/

The live feed page is where you'll access your camera feed. From here, you also have the option to listen in or broadcast your voice to the camera. You can make the footage fullscreen, take pictures, and manually record clips to save to your local device's storage.

*See* https://support.covesmart.com/t/60hz3r6/cove-camera-live-feeds-and-features

Two-way audio cameras are one of the best devices that you can add to your home security. They offer better protection, full-coverage security, and they allow you to be constantly aware of what is going on in your home. For more information on how you can get a home security system with a two-way audio camera, contact Cove Security today.

*See* https://www.covesmart.com/resources/security-cameras/two-way-audio-security-camera/



*See* https://www.covesmart.com/products/alarm-panel-hub/

63.     On information and belief, Cove directly infringes at least claim 10 of the '898 patent in violation of 35 U.S.C. § 271(a) by making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the Cove Products and Services.

64.      Innovation Sciences has been damaged by Defendant's infringement and has caused / continues to cause it to suffer irreparable harm and damages as a result of the infringement.

### Count III – Infringement of United States Patent No. 11,109,094

65.     Innovation Sciences repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

60

66.    On information and belief, Cove is violating 35 U.S. C. § 271(a) with respect to one or more claims of the '094 patent.

67.    On information and belief, Cove (or those acting on its behalf) (i) make, use, sell, sell access to, import, offer to sell and/or offer to sell access to the Cove Products and Services in the United States that infringe (literally and/or under the doctrine of equivalents) at least claim 102 of the '094 patent.

68.    On information and belief, one or more components of the Cove Products and Services (*e.g.*, Cove Home Security System including video cameras, hub, alarm panel, sensors, etc.) provides a method comprising providing communications through a network communication channel of a wireless local area network (e.g., the cameras, hub, panels, and sensors communicate via the wireless local area network).



*See* https://www.covesmart.com/products/doorbell-camera-eufy/

## Hub Technical Specifications

| Dimensions | 8.9" x 8.9" x 1.5" |
|---|---|
| Weight | 26.8 oz (760 g) |
| Placement | Tabletop or wall mounted |
| Operating Temperature | 32º to 120º F |
| Maximum Humidity | 85% non-condensing |
| Communication Paths | LTE Category M1, Wi-Fi, Ethernet |
| Backup Battery Life | 24 hrs |

*See* https://www.covesmart.com/products/alarm-panel-hub/

### How are the hub and alarm panel powered and connected to monitoring?

Our smart hub will be connected directly to your current Wi-Fi router using an ethernet cable. This internet connection will allow the hub to communicate with our monitoring team. The hub will also be plugged into an AC outlet for power. In case the internet or power cuts out, the hub also includes a backup battery and a cellular chip, which will enable the system to continue functioning.

Our smart alarm panel is powered with an AC outlet and connects to the hub via a closed-loop internet connection, so even when the power or the Wi-Fi goes out, the panel and hub can still communicate with each other. The alarm panel also includes a 4-hour backup battery.

*See* https://support.covesmart.com/t/m1h45hv/alarm-panel-and-hub-technical-specifications-and-faqs

# Connecting Your Alarm Panel to Wi-Fi

Updated 1 yr ago

Your Alarm Panel has the ability to connect to Wi-Fi.

Though not a requirement, connecting your Alarm Panel to Wi-Fi opens up additional features and settings. You can either connect it as its primary network connection or have it as a connection solely for updates.

The Wifi can be connected either during the Setup Wizard or after Installation.

**If you are setting up the Wifi during your Setup Process, please refer to this article.**

*See* https://support.covesmart.com/t/x2h4r00/navigating-the-installation-wizard-for-the-connect-system



*See* https://www.covesmart.com/products/alarm-panel-hub/



*See* https://www.covesmart.com/products/alarm-panel-hub/

69.     On information and belief, one or more components of the Cove Products and Services (*e.g.*, Cove Home Security System including video cameras, hub, alarm panel, sensors, etc.) provides configured data in initiating communications that are directed to a wireless device (*e.g.*, during configuration of a camera, data packages are sent), the configured data comprising information regarding the wireless local area network; wherein the configured data is provided via a cellular phone.

---

8    Now, you will need to add your Wi-Fi network information.

- If you are an iPhone or iPad User the Network Name Field will be automatically filled in with whatever network your device is connected to currently.
  - Make sure your iPhone or iPad is connected to your 2.4 GHz Wi-Fi Network

- If you are an Android Device user and haven't connected a Eufy camera on the Cove Connect app before, the "Network" field will be blank. Click on "Generate List" to see all available Wi-Fi networks nearby. Please select the 2.4 GHZ Wi-Fi network that you should have connected your phone or tablet to before beginning the pairing process.
  - Take your phone to the place where your security camera will be installed to quickly verify that your Wi-Fi signal is strong enough in that location. The higher the percentage listed on your screen, the more reliable your signal is.
  - Select your Wi-Fi network from the list.
  - This should populate in the Network Field and you can move to the next step.

- Tap on the "Password" field and type in your Wi-Fi Password
  - Please note: This field is case-sensitive, so make sure you've entered any uppercase letters or special symbols (@#$%^&*) correctly.

- After you enter your Wi-Fi password, tap "OK" or "Configure Camera."

9    After clicking "OK" or "Configure Camera", your phone will transmit the data to the chime box via Bluetooth connection, so keep your phone within 10 feet of the chime box. After transmission of the data, the chime box will connect to the network. If done properly, your app will automatically move to the next step.

*See* https://support.covesmart.com/t/35y6zwv/pairing-your-eufy-doorbell-camera-with-the-cove-connect-app

70.     On information and belief, one or more components of the Cove Products and Services (*e.g.*, Cove Home Security System including video cameras, hub, alarm panel, sensors, etc.) communicates information regarding an alert to a mobile phone (e.g., alerts and notifications for any

intrusion), at least one of a sound, a light, or a text notifying a need of an action associated with the

alert (e.g., the alerts are sent via text messaging notifying a need for an action).

> Give kids, caregivers, and house guests access to the camera feed without access to the app. So they can check your doorbell camera feed without ever needing to open the door. Just use the built-in microphone to chat with visitors. And enjoy the same control you'd have through the Cove Connect app.*
>
> Our touchscreen alarm panel does much more than an old-fashioned keypad, and it's easier to use, too. View your camera feed, check each sensor's status, create customized arming and disarming schedules, and even check the weather.

## Seamless App Integration

Our app and alarm panel share the same layout, making it easy to switch back and forth between them throughout the day.

*See* https://www.covesmart.com/products/alarm-panel-hub/

### Can this app send alerts and notifications in case of an intrusion or emergency?

Yes. You will receive app alerts and notifications for any intrusions or emergencies. You may also receive text notifications and/or phone alerts, depending on how quickly you respond to the alert through the app. Other notifications can be adjusted in the app's settings.

*See* https://www.covesmart.com/cove-app/



*See* https://www.covesmart.com/services/

71.    On information and belief, one or more components of the Cove Products and Services (*e.g.*, Cove Home Security System including video cameras, hub, alarm panel, sensors, etc.) communicates identification information corresponding to the alert (e.g., intrusion at the front door is communicated to a mobile phone); wherein a device identifier corresponding to the wireless device is stored in association with a user account (e.g., video camera at front door); and wherein the identification information associated with the alert is stored in association with a unique phone identifier of the mobile phone in the user account.



*See* https://www.covesmart.com/products/alarm-panel-hub/



*See* https://www.covesmart.com/services/

# Remote Accessibility

Monitor the status of your door sensors from a distance and check in through the Cove mobile app to ensure that your home stays secure, even when you can't be there.

# Smart Integration

Integrate door sensors and other Cove security devices into your smart home automation, making your home more convenient and more secure.

# Customizable Alert Options

Tailor your alerts and notifications so that the information you receive is the most relevant and actionable for your particular needs.

*See* https://www.covesmart.com/products/door-sensor/

The Hub is essential for every security system. All sensors, panels, and other equipment will communicate with the Hub via wireless connections. Likewise, the Hub functions as a connection between your security system and our monitoring station.

*See* https://support.covesmart.com/t/g9h4rvs/connecting-your-hub-with-ethernet

Our touchscreen alarm panel does much more than an old-fashioned keypad, and it's easier to use, too. View your camera feed, check each sensor's status, create customized arming and disarming schedules, and even check the weather.

*See* https://www.covesmart.com/products/alarm-panel-hub/

Scan the QR code using the "Scan Barcode" screen, or type in the 7-digit TXID located on the back of the sensor.

*See* https://support.covesmart.com/t/g9h453q/adding-a-sensor-through-the-cove-connect-app

**Water Leak Detector**



*See* https://support.covesmart.com/media/download/q52awn/Cove%20Connect%20User%20Manual.pdf



*See* https://www.covesmart.com/products/alarm-panel-hub/

72.    On information and belief, Cove directly infringes at least claim 102 of the '094 patent in violation of 35 U.S.C. § 271(a) by making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the Cove Products and Services.

73.     Innovation Sciences has been damaged by Defendant's infringement and has caused / continues to cause it to suffer irreparable harm and damages as a result of the infringement.

## JURY DEMANDED

74.     Pursuant to Federal Rule of Civil Procedure 38(b), Innovation Sciences hereby requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

Innovation Sciences respectfully requests this Court to enter judgment in its favor and against Defendant as follows:

a.     finding that Cove has infringed one or more claims of the '179 patent under 35 U.S.C. §§ 271(a);

b.     finding that Cove has infringed one or more claims of the '898 patent under 35 U.S.C. §§ 271(a);

c.     finding that Cove has infringed one or more claims of the '094 patent under 35 U.S.C. §§ 271(a);

d.     awarding Innovation Sciences damages under 35 U.S.C. § 284, or otherwise permitted by law, including supplemental damages for any continued post-verdict infringement, and an accounting of all infringing acts including, but not limited to, those acts not presented at trial;

e.     awarding Innovation Sciences pre-judgment and post-judgment interest on the damages award and costs;

f.     awarding cost of this action (including all disbursements) and attorney fees pursuant to 35 U.S.C. § 285, or as otherwise permitted by the law; and,

g.     awarding such other costs and further relief that the Court determines to be just and equitable.

Dated: May 16, 2025                    Respectfully submitted,

                                       */s/ Richard C. Weinblatt*
                                       Stamatios Stamoulis (#4606)
                                       Richard C. Weinblatt (#5080)
                                       Stamoulis & Weinblatt LLC
                                       800 N. West Street, Third Floor
                                       Wilmington, DE 19801
                                       Tel. (302) 999-1540
                                       stamoulis@swdelaw.com
                                       weinblatt@swdelaw.com

                                       *Of Counsel:*
                                       Ronald M. Daignault (*pro hac vice* to be filed)*
                                       Chandran B. Iyer (*pro hac vice* to be filed)
                                       Shailendra Maheshwari (*pro hac vice* to be filed)*
                                       rdaignault@daignaultiyer.com
                                       cbiyer@daignaultiyer.com
                                       smaheshwari@daignaultiyer.com
                                       Daignault Iyer LLP
                                       8229 Boone Boulevard
                                       Suite 450
                                       Vienna, VA 22182
                                       *Not admitted to practice in Virginia*

                                       *Attorneys for Plaintiff Innovation Sciences, LLC*