**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INNOVATION SCIENCES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COVE SMART, LLC,<br><br>Defendant. | ) | C.A. No. 1:25-cv-620-GBW |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that the appearance of Ronald M. Daignault, Chandran B. Iyer, and Shailendra Maheshwari of Daignault Iyer LLP as counsel for Plaintiff Innovation Sciences, LLC is hereby withdrawn. Stamoulis & Weinblatt LLC and will continue to represent Innovation Sciences, LLC.

Dated: December 22, 2025

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff*
*Innovation Sciences, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2025, I electronically filed the above document(s) with the Clerk of Court using CM/ECF, which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt (#5080)